*E-Filed 1/3/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KEITH ALLEN LEWIS, SR.,            No. C 12-5119 RS (PR)

    Plaintiff,                            **ORDER OF DISMISSAL**

    v.

JOHN DOE,

    Defendant.

Plaintiff was directed to, within 30 days, file a complaint, and an application to proceed *in forma pauperis* ("IFP), or pay the filing fee of $350.00. More than 30 days have passed, and plaintiff has filed nothing, nor has he paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Any motion to reopen this action **must** contain (1) a complaint, **and** (2) an IFP application **or** (3) payment of the $350.00 filing fee. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: January 3, 2013

                                                         RICHARD SEEBORG
                                                  United States District Judge